In the Matter of RODNEY BELLONY, Appellant, v CHERYL CHAMBERS et al., Respondents.

Submitted February 14, 2006; decided February 21, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the issues presented have become moot.